

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-67,714-15

### IN RE DAVID JAMES, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 21,928 IN THE 12th DISTRICT COURT
### FROM WALKER COUNTY

*Per curiam.*

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 12th District Court of Walker County, but that the district clerk refused to file it.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Walker County, is ordered to file a response included whether Applicant attempted to file an 11.07 habeas application in the county in 2018, and if so, whether it was filed. If Applicant attempted to file an application, but it was not filed, the response should include why the application was not filed.

This application for leave to file a writ of mandamus shall be held in abeyance until

Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: June 13, 2018
Do not publish